John Stankina, Appellant, v. Pauline S. Rapp and Others, Jointly and Individually, Executors and Trustees, etc., Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin, J., dissented.

Philipp J. Reinle, Appellant, v. Charles B. Fritz and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Sarah E. Carlough, as Administratrix, etc., Appellant, v. Conforti Excavating and Foundation Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Louis Abramovitz, Respondent, v. Jack Sterngold and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Mary L. Gilman, as Administratrix, etc., Respondent. Indiana Rubber and Insulated Wire Company, Appellant; Arthur R. Gilman and Mary L. Gilman, Respondents.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

McKinley Realty and Construction Company, Appellant, v. Lucius H. Beers and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Margaret McNamara, as Administratrix, etc., Appellant, v. Thomas Farrell, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. William Holmes, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Charles Williams, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Walter Althause, Respondent, v. United States Steel Corporation, Appellant. Walter Althause, Respondent, v. Richard Trimble, Appellant. William Theile, Respondent, v. United States Steel Corporation, Appellant. William Theile, Respondent, v. Richard Trimble, Appellant. —Determinations affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Dowling and Hotchkiss, JJ.

William E. Mowbray, Appellant, v. Harriet De Forest, as Ancillary Executrix, etc., Impleaded with Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.